IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2007-1, | ) ) ) ) ) | Case No: 3:12-cv-50172 |
| Plaintiff, | ) ) | |
| V. | ) ) | Judge: Hon. Frederick J. Kapala |
| STEPHANIE M FIORE; MERS INC AS NOMINEE FOR FIELDSTONE MORTGAGE COMPANY, | ) ) ) ) | |
| Defendant(s). | ) | |

**MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE NUNC PRO TUNC**

NOW COMES the Plaintiff, **WELLS FARGO BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2007-1**, by and through its attorney, Megan Christine Adams, and moves this Honorable Court for Entry of Judgment of Foreclosure *nunc pro tunc* October 5, 2012. In support thereof, Plaintiff states as follows:

1. On May 12, 2012 Plaintiff filed its Complaint to Foreclose Mortgage.

2. On October 5, 2012 the Court granted Plaintiff's Motion for Default Judgment and the minute entry stated "Enter… judgment of foreclosure." [ECF #17]

3. For reasons unknown, a Judgment of Foreclosure was never entered.

4. Therefore, Plaintiff seeks a Judgment of Foreclosure so that Plaintiff may proceed with the sale of this foreclosed property.

WHEREFORE, Plaintiff respectfully requests that a Judgment of Foreclosure be entered *nunc pro tunc* October 5, 2012. Plaintiff will provide a draft order reflecting the figures contained in the affidavits already on the record. [ECF #13-2, 13-3].

Respectfully submitted,
*/s/ Megan Christine Adams* (ARDC#6312221)
Potestivo & Associates, P.C.
223 West Jackson Blvd, suite 610
Chicago, IL 60601
(312)263-0003